PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANKIRAT SINGH,<br><br>          Plaintiff,<br><br>     v.<br><br>USCIS, ET AL.,<br><br>          Defendant. | CASE NO.  2:24-CV-00418-WBS-CSK<br><br>STIPULATION AND  ORDER FOR FIRST EXTENSION OF TIME |

    Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has improperly denied his application for an Employment Authorization Document ("EAD").  Defendants require additional time to review Plaintiff's allegations and the agency's records.

///

///

///

///

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading isJune 28, 2024.  The parties further request that all other filing deadlines be similarly extended and that the initial scheduling conference, currently set for June 3, 2024, be vacated and reset.  The parties request November 18, 2024 at 1:30 p.m. as the new date for the re-set initial scheduling conference.

Respectfully submitted,

Dated:  May 30, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ ROBERT BRADFORD JOBE
ROBERT BRADFORD JOBE
Counsel for Plaintiff

ORDER

It is so ordered:  The Scheduling Conference currently set for June 3, 2024 is reset for **November 18, 2024 at 1:30 p.m.**  A joint status report shall be filed no later than **November 4, 2024** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed February 6, 2024 (Docket No. 3).

Dated:  May 30, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE